# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L. RUTHER, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 17-1947 (UNA) |
| WOMAN TENNIS ASSN, *et al.*, : | |
| Defendants. : | |

## **MEMORANDUM OPINION**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court notes that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint is barely legible. It does not appear to state the grounds upon which this court's jurisdiction depends or include a statement of a cognizable claim showing plaintiff's entitlement to relief. As drafted, the complaint fails to meet the standard set forth in Rule 8(a), and therefore, it must be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 2, 2017

Randolph D. Moss
United States District Judge